IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV55

| | |
|---|---|
| 321 NEWS & VIDEO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GASTONIA, NORTH CAROLINA, a ) | |
| North Carolina Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter is before the court upon its own motion. It appears to the court that the legal issues in this case are identical to those before the court in <u>Central Avenue Video, Inc. v. City of Charlotte</u>, 3:02CV14-MU, which is currently before the Fourth Circuit on appeal. Accordingly, this matter is hereby stayed pending the Fourth Circuit's decision in Central Avenue Video.

    IT IS SO ORDERED.

Signed: September 2, 2008

Graham C. Mullen
United States District Judge