UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAORLINA
CHARLOTTE DIVISION
3:06-CV-55

| | | |
|---|---|---|
| 321 News & Video, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GASTONIA, NORTH CAROLINA, | ) | |
| A North Carolina Municipal Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the court upon Plaintiff's Motion for Dismissal with Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. It appears that Defendant's have no objection. Accordingly,

IT IS THEREFOR ORDERED that Plaintiff's Motion is hereby GRANTED, and this case is DISMISSED WITH PREJUDICE.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge