# United States District Court
# For The Western District of North Carolina
# Charlotte Division

321 News & Video, Inc.,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                           3:06-cv-55

Gastonia, North Carolina,
a North Carolina Municipal Corporation,

       Defendant.

DECISION BY COURT.  This action having come before the Court by Plaintiff's Motion to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2010 Order.

                                               Signed: March 9, 2010

                                               Frank G. Johns, Clerk
                                               United States District Court